**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TAN PHAN PHD,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>UNIVERSITY & STATE EMPLOYEES CREDIT UNION, et al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 23-CV-0075 W (BGS)<br><br>**ORDER SETTING BRIEFING SCHEDULE ON PLAINTIFF'S COUNSEL'S MOTION TO WITHDRAW [DOC. 5] AND CONTINUING HEARING ON MOTION TO DISMISS [DOC. 2]** |

On February 14, 2023, Plaintiff's counsel, the Law Firm of Christopher K. Monelt, filed a motion to withdraw as counsel.  Civil Local Rule 7.1b provides that "hearing dates for any matters on which a ruling is required must be obtained from the Clerk of the judge to whom the case is assigned."  Plaintiff's counsel's motion does not have a hearing date and thus violated this rule.  Nevertheless, the Court will accept the filing and **ORDERS** as follows:

- On or before **March 8, 2023**, Plaintiff's counsel shall filed a declaration with the Court confirming that Plaintiff has been served with this Order or, if counsel has been unable to do so, outlining the steps taken to serve Plaintiff.
- Plaintiff's opposition, if any, to counsel's motion to withdraw is due on or before **March 17, 2023**.

1

- Any reply in support of the motion to withdraw is due on or before **March 22, 2023**.
- In light of the motion to withdraw, the hearing on Defendants' motion to dismiss is **CONTINUED** until resolution of the motion to withdraw. Upon resolution of the motion to withdraw, the Court will reset the briefing schedule on the motion to dismiss.

Upon completion of the briefing on the motion to withdraw, the matter shall be deemed under submission and the parties shall await further order of the Court. See Civ. L. Rule 7.1d1.

**IT IS SO ORDERED**.

Dated:  March 2, 2023

_____
Hon. Thomas J. Whelan
United States District Judge