UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAN PHAN, PhD,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>UNIVERSITY & STATE EMPLOYEES CREDIT UNION, et al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 23-CV-75-W-BGS<br><br>**ORDER GRANTING MOTION TO DISMISS [DOC. 13] WITH PREJUDICE** |

　　　　On June 14, 2023, this Court granted Defendants' unopposed motion to dismiss with leave to amend. (*See MTD Order* [Doc. 12].) Plaintiff's first amended complaint was due by August 1, 2023. (*Id.* at 3:7–8.)  Additionally, because Plaintiff's counsel had withdrawn from the case, Plaintiff was ordered to file her mailing address of record for service of process by August 1, 2023.  (*Id.* at 3:10–14.) Plaintiff failed to comply with the MTD Order.

　　　　On February 8, 2024, Defendants filed the currently pending motion to dismiss this case with prejudice. (*See MTD* [Doc. 13].) Plaintiff has not filed an opposition or otherwise requested additional time in which to respond to Defendants' motion.

　　　　As an initial matter, the Court will grant Defendants' motion based on Plaintiff's failure to oppose the motion.  Civil Local Rule 7.1(f.3.c) expressly provides that "[i]f an

opposing party fails to file papers in the manner required by Local Rule 7.1(e)(2), that failure may constitute a consent to the granting of that motion or other ruling by the court." The Ninth Circuit has held that pursuant to a local rule, a district court may properly grant a motion to dismiss for failure to respond. *See generally Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir.1995) (per curiam) (affirming dismissal for failure to file timely opposition papers where plaintiff had notice of the motion and ample time to respond). Thus, the Court construes Plaintiff's failure to respond to Defendants' motion as consent to dismissal of the case with prejudice.

Additionally, a federal lawsuit must be prosecuted with "reasonable diligence" to avoid dismissal. *Anderson v. Air West, Inc.*, 542 F.2d 522, 524 (9th Cir. 1976). Additionally, Federal Rule of Civil Procedure 41(b) provides that "[i]f a plaintiff fails to prosecute or to comply with... a court order, a defendant may move to dismiss the action...." Consistent with Rule 41(b), the Local Rules of Practice for this District provide that "[a]ctions or proceedings which have been pending in this court for more than six months, without any proceeding or discovery having been taken therein during such period, may, after notice, be dismissed by the court for want of prosecution...." Civ.L.R. 41.1.

Here, Plaintiff failed to comply with the MTD Order. Additionally, Plaintiff has taken no steps to prosecute this case in over a year. (*See MTD Order* at 2:5–25.) For these additional reasons, the Court will grant Defendants' motion.

For the foregoing reasons, the Court **GRANTS** Defendants' motion [Doc. 13] and **DISMISSES** the case **WITH PREJUDICE**.

**IT IS SO ORDERED.**

Dated:  April 22, 2024

_____
Hon. Thomas J. Whelan
United States District Judge